IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

Vs.  CASE NO. 4:07cr00347-01 JMM

JAMES WHITE

## JUDGMENT ON REVOCATION

Defendant appeared this date for a final hearing on the motion to revoke supervised release (DE #33). Defendant admitted to the allegations contained in the petition.

The Court granted the motion to revoke and ordered that the Defendant participate in a residential re-entry center for a period of six (6) months.

Judgment on the revocation is time served and as a condition of supervised release Defendant must participate in a residential reentry program for a period of six months and must complete the program. All other general and standard conditions previously imposed remain in effect.

Upon successful completion of the residential reentry program there will be no further supervised release to follow.

Defendant is released from custody to self-report to the designated facility as instructed by his supervising officer.

Defendant is warned that any violation of the supervised release may result in an immediate hearing to consider revocation.

The Clerk is requested to provide a copy of this order to the United States Marshals Service and the United States Probation Office.

IT IS SO ORDERED this 20th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE